IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01371–EWN–MJW

GARY L. CUMMINGS, an individual;
JAMES BITTLE, an individual; and
SEAN STEINER, an individual,

 Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC., a Delaware corporation,

 Defendant.

---

## ORDER SETTING FINAL PRETRIAL CONFERENCE

---

 It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

 **ORDERED** as follows:

 1. The court will hold a Final Pretrial Conference commencing at 9:30 o'clock a.m. on **December 19, 2005**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

 2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template

located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web addresses should be used to insure that the proper format is observed.

Dated this 2nd day of December, 2005.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge