IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01371–EWN–MJW

GARY L. CUMMINGS, an individual;
JAMES BITTLE, an individual; and
SEAN STEINER, an individual,

      Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC., a Delaware corporation,

      Defendant.

---

**ORDER SETTING TRIAL PREPARATION CONFERENCE**

---

This matter having been set for trial commencing on January 9, 2006, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 9:00 o'clock a.m. on **January 3, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 2nd day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge