IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Civil Action No. 03-cv-01371-EWN-MJW

GARY L. CUMMINGS, an individual;
JAMES BITTLE, an individual; and
SEAN STEINER, an individual,

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEMS, INC,
a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This case is before the Court on the parties' Voluntary Stipulation of Dismissal, and the Court being fully advised in the matter, it is therefore,

ORDERED that all claims, counterclaims and causes of action alleged or asserted in the above-styled action are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

SO ORDERED, this 29th of December, 2005.

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge